FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 29 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN JAMES LAWRENCE, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | CASE NO. 4:08cv295 | |
| EMC CORPORATION AND CHASE § | | |
| HOME FINANCE § | | |
| Defendants. § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 15, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants EMC Mortgage Corporation and Chase Home Finance LLC's Motion for Summary Judgment (Dkt. 16) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants EMC Mortgage Corporation and Chase Home Finance LLC's Motion for Summary Judgment (Dkt. 16) is GRANTED, and Plaintiff shall take nothing by his claims.

**IT IS SO ORDERED.**

**SIGNED** this 29th day of May, 2009.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE